SMITH & NEPHEW, INC., Plaintiff– Cross Appellant,

v.

SYNTHES–STRATEC, INC. and Synthes USA, Defendants– Appellants,

and

Synthes, Inc. and Synthes North America, Inc., Defendants.

Nos. 2007–1048, 2007–1060.

United States Court of Appeals, Federal Circuit.

Feb. 22, 2008.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).